PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Aslam Chaudry**  Case Number: **95-CR-00922**

Name of Sentencing Judicial Officer: **The Honorable Reena Raggi, U.S. Circuit Judge**

Date of Original Sentence: **April 11, 1997**

Original Offense: **Conspiracy to Distribute and Possess with Intent to Distribute Heroin, a Class A felony**

Original Sentence: **Seventy-two months custody; five years supervised release; $50 SAF; and a $25,000 fine**

Special Conditions: **(1) The defendant shall pay the fine in monthly installments of 10% of gross monthly income over the period of supervision. (2) The defendant shall provide the Probation Department with access to financial records as requested. (3) The defendant shall not incur any credit charges or open any new lines of credit without prior approval from the Probation Department.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **December 18, 2000**

================================================================================

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct: Attempted Aggravated Unlicensed Operation of a Motor Vehicle - 3rd. |

On July 6, 2005, the Probation Department notified Your Honor of the offender's most recent arrest on June 10, 2005, by the New York Police Department, for Attempted Aggravated Unlicensed Operation of a Motor Vehicle, an infraction. As verified by a court representative, the offender pleaded guilty on June 11, 2005, and paid a $100 fine on August 12, 2005. He provided verifying documentation in this regard.

As such, the Probation Department recommends that no action be taken and that the offender be allowed to terminate from supervision on December 17, 2005.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 13 2005 ★
BROOKLYN OFFICE

Respectfully submitted by,

Yara Suarez
U.S. Probation Officer

Approved by,

Arthur M. Swasey
Supervising U.S. Probation Officer
Date: 12/6/05

THE COURT ORDERS:

☑ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

December 8, 2005
Date